UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FRED E. MCGEE

CIVIL ACTION

VERSUS

NO: 17-6533

AETNA LIFE INSURANCE
COMPANY

SECTION: "A"(5)

## ORDER OF DISMISSAL

The Court having been advised that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, within sixty (60) days, to seek summary judgment enforcing the compromise if it is not consummated by that time. During this sixty-day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

March 19, 2018

_____
Judge Jay C. Zainey
United States District Court